CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 2 4 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CONRAD BURKE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00342 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRIS WEBB, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for reconsideration is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 24th day of July, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge